|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>November 17, 2016<br>David J. Bradley, Clerk |

JUSTIN TAYLOR, § 
TDCJ 2057726, §
    Plaintiff, §
 §
*versus* §     Civil Action H-16-3296
 §
THE UNIVERSITY OF TEXAS MEDICAL §
BRANCH GALVESTON, §
    Defendant. §

## Opinion on Transfer

An inmate has sued state prison officers for violations of his civil rights at the University of Texas Medical Branch in Galveston, Texas. The prison and the officers are in Galveston County. Galveston County is in the Galveston Division of the Southern District of Texas. This case should be transferred to the district of the events under the discretionary general venue statutes since there is no venue specified in the Civil Rights Act. 28 U.S.C. § 1404(a); 28 U.S.C. § 1391; 42 U.S.C. §§ 1981, *et seq.*

This case will be transferred to the United States District Court for the Southern District of Texas, Galveston Division.

Signed at Houston, Texas, on November ⎯⎯16⎯⎯, 2016.

                                                                        Lynn N. Hughes
                                                       United States District Judge